IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOBBY MCCURDY** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOAN ESMONDE, ESQUIRE and** | : | **NO. 02-4614** |
| **HON. LYNNE ABRAHAM** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 18th day of October, 2002, the Court having scheduled a Preliminary Pretrial Conference on said date, and the Court having determined at the Conference that it is appropriate to defer issuance of a scheduling order until after the Court rules on the pending Motion to Dismiss Complaint and Amended Complaint, **IT IS ORDERED** that the issuance of a scheduling order will be **DEFERRED** until the Court rules on defendants' Motion to Dismiss Complaint and Amended Complaint. In the event the case is allowed to proceed in whole or in part, the Court will conduct a second pretrial conference.

**IT IS FURTHER ORDERED** that defendants' request to file a reply is **GRANTED**. The reply shall be filed and served on or before October 25, 2002. Two (2) copies of the reply shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**